**Electronically Filed**
**Supreme Court**
**SCPW-21-0000448**
**18-APR-2022**
**09:50 AM**
**Dkt. 7 ODDP**

SCPW-21-0000448

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

CHRISTOPHER A. TENIS, Petitioner,

vs.

THE HONORABLE ROWENA A. SOMERVILLE,
Judge of the Circuit Court of the First Circuit,
State of Hawaiʻi, Respondent Judge,

and

STATE OF HAWAIʻI, Respondent.

ORIGINAL PROCEEDING
(CASE NO. 1CPN-21-0000024)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of petitioner Christopher Tenis's petition for writ of mandamus, and the record, petitioner fails to demonstrate that he is entitled to the requested extraordinary writ. See Kema v. Gaddis, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action); Honolulu Adv., Inc. v. Takao, 59 Haw. 237, 241, 580 P.2d

58, 62 (1978) (a writ of mandamus is meant to restrain a judge of an inferior court from acting beyond or in excess of his or her jurisdiction or where the judge has committed a flagrant and manifest abuse of discretion).  Accordingly,

It is ordered that the petition for writ of mandamus is denied.

DATED:  Honolulu, Hawaiʻi, April 18, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins